FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 13, 2024

SEAN F. McAVOY, CLERK

# United States District Court
## for the
## Eastern District of Washington

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| *Plaintiff,* | ) |
| v. | ) Case No.  2:24-mj-00278-JAG |
| **DALLAS SHULER,** | ) |
| *Defendant.* | ) |

## CRIMINAL COMPLAINT

I, Special Agent Andrew Booth, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about May 13, 2024, in the county of Spokane in the Eastern District of Washington, the defendant, DALLAS SHULER, violated: 18 U.S.C. § 2252 A(a)(2),(b)(1) - Receipt of Child Pornography.

This complaint is based on these facts:

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Andrew Booth, Special Agent, FBI
_____
*Printed name and title*

☐ Sworn to before me and signed in my presence.
☒ Sworn to telephonically and signed electronically.

Date: May 13, 2024

_____
*Judge's signature*

James A. Goeke, United States Magistrate Judge
_____
*Printed name and title*

City and state: Spokane, Washington